NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PIONEER PET PRODUCTS, LLC,**
*Appellant*

**v.**

**OIL-DRI CORPORATION OF AMERICA,**
*Appellee*

---

2024-1151

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00691.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint "stipulated motion to dismiss" "with each party to bear its own costs," ECF No. 13 at 1–2, which the court construes to be a stipulated dismissal under Federal Rule of Appellate Procedure 42(b)(1),

2    PIONEER PET PRODUCTS, LLC v. OIL-DRI CORPORATION OF
AMERICA

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 22, 2024
Date

ISSUED AS A MANDATE: February 22, 2024